UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 21-6724-MWF(Ex)**                                    Dated: **December 1, 2021**

Title:       Hwan Kim -v- Kingsway Investment Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                              Not Present

**PROCEEDINGS (IN CHAMBERS):        COURT ORDER**

    In light of the Notice of Settlement [14] filed November 29, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for January 10, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

    IT IS SO ORDERED.

Initials of Deputy Clerk   rs